# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2009

Marilyn Kelly,
Chief Justice

138498

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PAUL SCHWENDENER, III, ROBERT
SCHWENDENER, and PAUL
SCHWENDENER, JR.,
       Plaintiffs-Appellants,

v

       SC: 138498
       COA: 289306
       Leelanau CC: 07-007534-CH

MIDWEST BANK AND TRUST COMPANY
and MICHAEL S. SCHWENDENER,
       Defendants-Appellees.

_____/

On order of the Court, the application for leave to appeal the December 19, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2009

0615

Clerk